# SEYFARTH SHAW

Writer's direct phone
(212) 218-3355

Writer's e-mail
jdinapoli@seyfarth.com

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

October 16, 2018

**The application is** X **granted.**
— **denied.**

Nelson S. Román, U.S.D.J.
Dated: Oct. 16, 2018
White Plains, New York 10601

**VIA FACSIMILE (914-390-4179)**

Hon. Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Angarita v. Flanigan, No. 18-cv-~~0890~~-NSR    8090

Dear Judge Román:

This firm represents the defendant, Megan Flanigan, in the above matter. We write to request a three-week extension of time for Ms. Flanigan to respond to the Complaint. The plaintiff served Ms. Flanigan on or about September 26, 2018. Accordingly, Ms. Flanigan's response is currently due on October 17, 2018. If the Court grants Ms. Flanigan's request, her response will be due on or before November 7, 2018.

No previous requests for an extension have been made. We make this request because this firm was recently retained and we require additional time in investigating and preparing a response to the Complaint. Plaintiff's counsel consents to this requested extension. There are currently no scheduled dates that would be affected should the Court grant this request. We thank the Court for its consideration.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ John DiNapoli

John DiNapoli

cc:   Jordan El-Hag, Esq. (via email)

# SEYFARTH SHAW

Seyfarth Shaw LLP

620 Eighth Avenue

New York, New York 10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

## Facsimile Transmission

Date:   October 16, 2018

| RECIPIENT | COMPANY | PHONE | FAX |
|---|---|---|---|
| Hon. Nelson S. Roman | U.S.D.C., S.D.N.Y. | | 914-390-4179 |

**FROM:**   John DiNapoli

**PHONE:**   (212) 218-3355                    **REPLY FAX:**   **(917) 344-1187**

**RE:**   Angarita

| File No. | 79123-4 | Number of Pages, Including Cover | 2 |
|---|---|---|---|

☐ Hard copy to follow            ☒ Hard copy will not follow

☐ Per your request              ☐ Please review and revise if necessary

☐ Please telephone me

**MESSAGE:**

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE  AS SOON AS POSSIBLE.